FRED BEISHEIM, Appellant, v. JOHN WILKINS, Respondent.— Judgment affirmed, with costs. All concur.

MORRIS ROSEN, Appellant, v. WILLIAM WOLLABER, Defendant, and ADELLE IRIS DIX, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur.

JOHN L. WEIGAND, Respondent, v. PETER J. SCHMITT and Another, Appellants — Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that there is a failure to show special circumstances such as to authorize the examination of a witness under section 288 of the Civil Practice Act. We think in general the section in its provision for the examination of witnesses relates to the examination of individuals and not of corporations. All concur.

MICHAEL MAKON, Respondent, v. JOSIAH ANSTICE & Co., INC., Formerly Designated as JOSIAH ANSTICE COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that the moving papers fail to show that the witness whose testimony it is desired to take before trial resides at a greater distance from the place of trial than 100 miles or that he is so sick or infirm as to afford reasonable grounds of belief that he will not be able to attend the trial, or to show any other special circumstances which would make it proper to take his deposition before trial. All concur.

CAROLINE WISTNER, Respondent, v. ERIE RAILROAD COMPANY, Appellant, and ALBERT L. WISTNER, Defendant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, upon the ground that the finding of the jury that there was negligence on the part of the defendant railroad company in failing to maintain a safe crossing was against the weight of the evidence. All concur.

FRANK WISTNER, Respondent, v. ERIE RAILROAD COMPANY, Appellant, and ALBERT L. WISTNER, Defendant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, upon the ground that the finding of the jury that there was negligence on the part of the defendant railroad company in failing to maintain a safe crossing was against the weight of the evidence. All concur.

WALTER L. JACOBS and Another, Respondents, v. ASSOCIATED GAS & ELECTRIC COMPANY, Appellant.— Order modified so as to provide for striking out certain parts of the complaint and as modified affirmed, without costs on this appeal. All concur.

In the Matter of the Application of BERTHA L. CLARK MENHINICK for an Order to Take the Deposition of MELVILLE A. CLARK, and to Examine Certain Books, Records and Papers of the CLARK MUSIC COMPANY, in His Custody.— Order affirmed, with ten dollars costs and disbursements, on the authority of *Matter of Erie Malleable Iron Co.* (90 Hun, 62); cited with approval in *Fur & Wool Trading Co., Ltd.,* v. *Fox* (245 N. Y. 215); *Lauffer* v. *Eastern Star Temple* (210 App. Div. 619); *Teall* v. *Roeser* (206 id. 371); *Heye* v. *American Chemical Education Co.,* (185 id. 13). All concur.

In the Matter of the Application of JAMES B. WALL for an Order of Mandamus, Appellant, against JOSEPH B. FORD and Others, Constituting the CIVIL SERVICE COMMISSION OF THE CITY OF BUFFALO, and Others, Respondents.— Order affirmed, without costs on this appeal. All concur. ·